Jim M. Boardman
ABA No. 9206022
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: jim@impc-law.com

Attorneys for Defendant


SCANNED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRENDA NELSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Superior Court Case No. |
| ) | 3PA-12-01030 CI |
| TARGET STORES, INC., ) | No. 3:12-cv-_____ |
| ) | |
| Defendant. ) | |

### NOTICE OF REMOVAL OF CASE FROM STATE COURT
### (SUPERIOR COURT NO. 3PA-12-1030 CIVIL)

TO THE DISTRICT COURT OF THE UNITED STATES, DISTRICT OF ALASKA, AND TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that Defendant Target Stores, Inc. (hereinafter "Target"), pursuant to 28 U.S.C. § 1446, and contemporaneous with the filing of this Notice, is effectuating the removal of the above-referenced action from the Superior

*Nelson v. Target Stores, Inc.*
Superior Court Case No. 3PA-12-1030 CI
Page 1 of 3

Court of the State of Alaska, Third Judicial District, to the United States District Court for the District of Alaska. The removal is based on the following grounds:

1. On or about February 15, 2012, there was filed in the Superior Court for the State of Alaska the above-titled action, Case No. 3PA-12-1030 CI.

2. On or about February 21, 2012, the Defendant was served with a copy of the Complaint, via certified mail, at Juneau, Alaska via its corporate agent CT Corporation.

3. A true and correct copy of the Complaint and Summons and Judicial Assignment are attached hereto as Exhibit A and is incorporated by reference herein as though fully set forth.

4. The United States District Court has jurisdiction over the superior court action in this matter, based on diversity of citizenship of the parties pursuant to 28 U.S.C. § 1332.

5. Plaintiff is a resident of the State of Alaska. On information and belief, and without conceding the same, Plaintiff's claims exceed $75,000. *See* Complaint at ¶ 1; Prayer for Relief ¶ 1.

6. Defendant Target Stores, Inc. is an assumed name (d/b/a) for the legal entity Target Corporation. Exhibit B, Alaska Corporations Licensing. Target Corporation is a corporation organized under the laws of the State of Minnesota with its principal place of business in Minneapolis, Minnesota. Its corporate citizenship is Minnesota.

INGALDSON, MAASSEN & FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

*Nelson v. Target Stores, Inc.*
Superior Court Case No.3PA-12-1030 CI

7. This notice of removal is timely filed under 28 U.S.C. § 1446 as it is filed within 30 days of receipt of a copy of the complaint by Target, which sets out a claim for relief.

8. In compliance with 28 U.S.C. § 1446(d), Target: (i) hereby gives its written notice to Plaintiff of the removal; and (ii), is filing the *Notice to Superior Court of Filing Notice of Removal* attached as Exhibit C with the clerk of the state court contemporaneously with this notice in federal court.

Dated at Anchorage, Alaska March 8, 2012.

INGALDSON, MAASSEN & FITZGERALD, P.C.
Attorneys for Defendant

s/ Jim M. Boardman
ABA No. 9206022
813 West Third Avenue
Anchorage, AK 99501
Fax: (907) 258-8751
E-mail: jim@impc-law.com

### CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2012,
a copy of the foregoing
was served electronically on:

M.R. Spikes, Esq.

s/Jim M. Boardman

*Nelson v. Target Stores, Inc.*
Superior Court Case No.3PA-12-1030 CI

INGALDSON, MAASSEN & FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751