IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT PALMER

Brenda Nelson

Plaintiff(s),

vs.

Target Stores, Inc.,

Defendant(s).

CASE NO. 3PA-12-1030

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

**To Defendant:** Target Stores

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 435 South Denali Street, Palmer, Alaska 99645 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, or the plaintiff (if unrepresented) M. R. Spikes, Esq, whose address is: P.O. Box 1003, Palmer, AK 99645

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.courts.alaska.gov/forms.htm, to inform the court. – OR – If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

## NOTICE OF JUDICIAL ASSIGNMENT

To: Plaintiff and Defendant
This case has been assigned to:

[X] Superior Court Judge Eric B. Smith
[ ] Superior Court Judge Vanessa H. White
[ ] Superior Court Judge Kari C. Kristiansen
[ ] Superior Court Judge Gregory L. Heath

[ ] District Court Judge William L. Estelle
[ ] District Court Judge John W. Wolfe
[ ] District Court Judge David L. Zwink

February 15, 2012
Date

CLERK OF COURT
By: Kimberly A. Kinley
Deputy Clerk

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 PALMER (5/10)(st.3)
SUMMONS

Civil Rules 4, 5, 12, 42(c), 55

Exhibit A
Page 1 of 9 Pages




**M. R. Spikes Attorney at Law**
P. O. Box 1003, Palmer, Alaska 99645

        C T Corporation System
        9360 Glacier Hwy Ste 202,
        Juneau, AK 99801

2/23/2012        000856668F0001        6020120223009874

Exhibit A
Page 2 of 9 Pages

## Certificate of Mailing

I certify that a true/correct copy of the foregoing was served with the complaint by certified mail
On this ___ day of _____, 2012.

*M.R. Spikes*
M.R. Spikes

Nelson v. Target Stores, Inc.
Case No: 3PA          Civil
Demand for Jury Trial

Page 2

Exhibit A
Page 3 of 9 Pages

M.R. Spikes, Esq.
P.O. Box 1003
Palmer, Alaska 99645
(907) 373-5470

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT PALMER

BRENDA NELSON,                          )
                                        )
                    Plaintiff,          )
                                        )
vs.                                     )
                                        )
TARGET STORES, INC.,                    )
                                        )
                    Defendants.         )

Case NO: 3PA-12-            CIVIL

## COMPLAINT FOR MONEY DAMAGES

COMES NOW the Plaintiff, Brenda Nelson, by and through her Attorney, M.R. Spikes, and for way of complaint against the Defendant, Target Stores, Inc., complains and alleges as follows:

### I.

### JURISDICTION

1. Plaintiff Brenda Nelson, is over 18 years of age and at all times relevant to this cause of action, was a resident of Wasilla, Alaska, Third Judicial District, State of Alaska, and is fully qualified to bring and maintain this cause of action.

2. Defendant Target Stores, Inc., at all times relevant to this cause of action was an Alaskan Corporation. Defendant is subject to service of process by and through its registered agent and is subject to the jurisdiction of this court.

Complaint
Nelson v. Target Stores, Inc.
Case No: 3PA-12-            CI

Exhibit A
Page 4 of 9 Pages

Page 1

Case 3:12-cv-00058-RRB   Document 1-1   Filed 03/09/12   Page 4 of 9

3. All events which are the subject of this complaint took place in the Third Judicial District, State of Alaska.

## II.

## FACTS

4. It is Plaintiff's information and belief that Defendant Target Stores, Inc. operates general merchandise stores, including but not limited to a store located at 1801 E. Parks Highway in Wasilla, Alaska.

5. Defendant Target Stores, Inc. has a duty both to its customers and the public to protect such individuals from conditions of the property that create a risk of injury, including, but not limited to, the risk of injury from falling as a result of a defect in the surface of sidewalk near the entrance to their business.

6. On September 9, 2010, Plaintiff was a paying patron at the Defendants' premises located at 1801 E. Parks Highway in Wasilla, Alaska. Plaintiff was exiting the store and stepped into an unmarked gap in the sidewalk surface causing her to fall to the ground and causing serious injury to her right knee.

## III.

## NEGLIGENCE

7. Defendants as owners and operators of the property located at 1801 E. Parks Highway in Wasilla, Alaska acted in a negligent manner by performing or failing to perform the following:

    a. Failed to maintain the property in a reasonably safe condition;

Complaint
Nelson v. Target Stores, Inc.
Case No: 3PA-12-_____ CI

Exhibit A
Page 5 of 9 Pages

Page 2

Case 3:12-cv-00058-RRB   Document 1-1   Filed 03/09/12   Page 5 of 9

b.  Failed to repair and maintain the sidewalk area near the entrance to their business. Defendant had a duty to exercise reasonable care and failed to do so causing a foreseeable and unreasonable risk to Plaintiff and other members of the public on their premises;

c.  Failed to warn Plaintiff or others of the danger presented by the presence of the gap; and

d.  Failed to otherwise exercise due care with respect to the matters alleged in this complaint.

## IV.

## DAMAGES

8. As a direct and proximate result of the negligence of the Defendants as set forth above Plaintiff fell because of a large gap in the sidewalk near the entrance of the store.

9. As a further direct and proximate result of the negligence of Defendants as set forth above, Plaintiff suffered serious physical injuries that required numerous doctor visits, x-rays, MRI's and surgery. Her injuries required a right knee menisectomy and chondroplasty surgery.

10. Due to Defendants negligence, Plaintiff suffered damages to include but not limited to; past, present and future medical expenses; past, present and future pain and suffering; loss of past, present and future wages; loss of enjoyment of life, the exact amount to be proven at trial.

Exhibit A
Page 6 of 9 Pages

Complaint
Nelson v. Target Stores, Inc.
Case No: 3PA-12-            CI

Page 3

Case 3:12-cv-00058-RRB   Document 1-1   Filed 03/09/12   Page 6 of 9

WHEREFORE, Plaintiff Brenda Nelson prays for judgment against the Defendant's as follows:

1. General and specific damages in excess of $100,000.00 dollars all of which will be proven at the time of trial;
2. Interest, costs and attorney fees;
3. Such other relief as the Court may deem just and equitable.

DATED this _____ day of January 2012.

LAW OFFICE OF M.R. SPIKES

*M.R. Spikes* (signature)

M.R. SPIKES, ESQ, ABA #0310044

Exhibit A
Page 7 of 9 Pages

Complaint
Nelson v. Target Stores, Inc.
Case No: 3PA-12-            CI

Page 4

Case 3:12-cv-00058-RRB   Document 1-1   Filed 03/09/12   Page 7 of 9

M.R. Spikes, Esq.
P.O. Box 1003
Palmer, Alaska 99645
(907) 373-5470

## IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
### THIRD JUDICIAL DISTRICT AT PALMER

BRENDA NELSON,                )
                              )
                  Plaintiff,  )
vs.                           )
                              )
TARGET STORES, INC.,          )
                              )
                  Defendants. )

Case NO: 3PA-12-                CIVIL

### DEMAND FOR JURY TRIAL

COMES NOW, Plaintiff Brenda Nelson, by and through counsel, M.R. Spikes, Esq., and demands a trial by jury in the above-entitled cause of action.

DATED this ___ day of January, 2012.

M.R. Spikes,
Attorney for Plaintiff

_M. R. Spikes_
M.R. Spikes, Esq. ABA0310044

Nelson v. Target Stores, Inc.
Case No: 3PA         Civil
Demand for Jury Trial

Exhibit A
Page 8 of 9 Pages

Page 1

Case 3:12-cv-00058-RRB   Document 1-1   Filed 03/09/12   Page 8 of 9



**Service of Process Transmittal**
02/21/2012
CT Log Number 520014044

TO: Robin Preble
Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403-

RE: **Process Served in Alaska**

FOR: Target Stores, Inc. (Assumed Name) (Domestic State: MN)
Target Corporation (True Name)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | Brenda Nelson, Pltf. vs. Target Stores, Inc. |
| **DOCUMENT(S) SERVED:** | Summons and Notice, Complaint, Jury Demand |
| **COURT/AGENCY:** | Palmer County Superior Court, AK<br>Case # 3PA121030 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - Failure to maintain premises in a safe condition - On September 9, 2010 on defendant's store located at 1801 E. Parks Highway in Wasilla, AK |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Juneau, AK |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 02/21/2012 postmarked on 02/16/2012 |
| **JURISDICTION SERVED:** | Alaska |
| **APPEARANCE OR ANSWER DUE:** | Within 20 Days |
| **ATTORNEY(S) / SENDER(S):** | M.R. Spikes<br>P.O. Box 1003<br>Palmer, AK 99645 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/22/2012, Expected Purge Date: 02/27/2012<br>Image SOP<br>Email Notification, Non Employee Litigation Target gl.legal@target.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Amy McLaren |
| **ADDRESS:** | 9360 Glacier Highway<br>Suite 202<br>Juneau, AK 99801 |
| **TELEPHONE:** | 800-592-9023 |

Exhibit A
Page 9 of 9 Pages

Page 1 of 1 / JC

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.